**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-80112-CV-MIDDLEBROOKS/Reid

JIMMIE WILLIAMS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report (DE 19), recommending denial of Petitioner Jimmie Williams's *pro se* Amended Petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (DE 11). Judge Reid's Report was issued on August 5, 2021. The time for filing objections has long expired, and Petitioner has not filed objections nor sought an extension of time to do so.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Reid's conclusion that the petition in this case should be denied, and that no certificate of appealability should issue. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Reid's Report (DE 19) is hereby **ADOPTED**.

(2) Jimmie Williams's *pro se* Amended Petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (DE 11) is **DENIED**.

(3) No evidentiary hearing is warranted.

(4) No certificate of appealability shall issue.

(5) Final judgment will be entered by separate order.

**SIGNED** in Chambers in West Palm Beach, Florida, this 31st day of August, 2021.

Donald M. Middlebrooks
United States District Judge

Copies to:   Counsel of Record;
Jimmie Williams
899777
Union Correctional Institution
Inmate Mail/Parcels
P.O.Box 1000
Raiford, FL 32083
PRO SE

2